IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODE ESTELA DE JESUS HART : | |
| 4805 Lexington Avenue | |
| Beltsville, MD 20705 : | |
| Plaintiff : | |
| vs. : | Civil No: |
| IBRAHIM NAFEES : | |
| 20699 Southwind Terrace | |
| Ashburn, VA 20147 : | |
| And : | |
| ZARA, LLC : | |
| Serve: Nazia Majeed Singh, R.A. | |
| 8222 Laurel Height Loop : | |
| Lorton, VA  22079 | |
| : | |
| Defendant | |

## COMPLAINT

### JURISDICTIONAL STATEMENT

The Plaintiff, Rode Estela De Jesus Hart, respectfully moves the Court for Entry of Judgment against the Defendant, Ibrahim Nafees, individually upon the following grounds:

The Plaintiff is an adult resident and citizen of the State of Maryland. The Defendant, Ibrahim Nafees, is an adult resident and citizen of the State of Virginia. The subject automobile accident having occurred in the District of Columbia. Plaintiff's claim for money damages exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs, etc. The Jurisdiction of this Honorable Court to hear and decide Plaintiff's claim is based upon diversity of citizenship.

### BASIS OF CLAIM
### COUNT I
### (NEGLIGENCE)

1. That on or about December 14, 2018 at approximately 9:45 pm, the Plaintiff, Rode Estela De Jesus Hart, while exercising due care for her own safety, was a passenger in a motor vehicle being operated by Mr. Erick Omar Hernandez Flores in the middle travel lane of northbound 6th Street, N.W., at or near the intersection with H Street, N.W. in Washington, DC.

2. That at the same time and aforementioned place, the Defendant, Ibrahim Nafees, was operating a motor vehicle in the right lane of northbound 800 block of 6th Street, next to the vehicle being operated by Mr. Hernandez Flores in which Plaintiff was a passenger, in Washington, DC.

3. That at all times relevant herein the Defendant, Zara, LLC, was the owner of the motor vehicle being operated by Defendant, Ibrahim Nafees.

4. That at the same aforementioned time and place, it became the duty of said Defendant to operate his motor vehicle in a safe and prudent manner; to maintain a constant vigilance for all other vehicles around him and in the lanes next to him; to pay full time and attention; to maintain control of his vehicle; to remain in his own travel lane along the roadway; to observe all traffic devices and to observe all the traffic laws, rules and regulations of the District of Columbia.

5. That at the aforementioned time and place, Defendant Nafees suddenly and without warning, caused his vehicle to move into the center travel lane, entering the travel lane in which Plaintiff's vehicle was traveling, causing a violent collision.

6. That notwithstanding the aforementioned duties, said Defendant failed in the performance thereof, and negligently and recklessly caused his motor vehicle to strike the motor vehicle in which Plaintiff was a passenger.

7. That as a direct and proximate result of the negligent acts of said Defendant, the Plaintiff, Rode Estela De Jesus Hart, sustained personal injuries to, including, but not limited to, her head, chest, neck, abdomen/pelvis, both shoulders, left arm, lower back, left leg, headaches and paresthesia into the left arm.

8.      That as a direct and proximate result of said Defendant's negligence, the Plaintiff has incurred substantial expenses for medical care and attention.

9.      That as a direct and proximate result of said Defendant's negligence, the Plaintiff has incurred a loss of salary and/or wage.

**WHEREFORE,** the Plaintiff, Rode Estela De Jesus Hart, claims of the Defendants, Ibrahim Nafees and Zara, LLC, individually and/or jointly and severally, damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) plus interest and costs of suit herein.

## COUNT II

### (VICARIOUS LIABILITY – ZARA, LLC)

1.      That the Plaintiff, Rode Estela De Jesus Hart, hereby incorporates and adopts by reference each and every allegation contained in Count I above and further state that at the aforementioned time and place of the accident, the vehicle being driven by the Defendant, Ibrahim Nafees, was owned by the Defendant, Zara, LLC.

2.      That the aforesaid Defendant, Ibrahim Nafees, was operating said motor vehicle as the agent, servant, employee, and/or permittee of the Defendant, Zara, LLC

3.      That as a direct and proximate result of the negligence of the Defendant, Ibrahim Nafees, and the vicarious liability of the Defendant, Zara, LLC, the Plaintiff, Rode Estela De Jesus Hart, sustained all the losses, damages, and injuries heretofore alleged.

**WHEREFORE,** the Plaintiff, Rode Estela De Jesus Hart, claims of the Defendant, Zara, LLC, damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) plus interest and costs of suit herein.

## COUNT III

### (NEGLIGENT ENTRUSTMENT - ZARA, LLC)

1.      The Plaintiff, Rode Estela De Jesus Hart, hereby incorporates and adopts by

reference each and every allegation contained in Count I and II above and further states that the Defendant, Zara, LLC, knew or should have known that Defendant, Ibrahim Nafees, was likely to use the said vehicle in a manner involving unreasonable risk or serious physical harm to himself and others.

2. That the Defendant, Zara, LLC, knew or should have known that the entrusting of a motor vehicle in view of the Defendant's, Ibrahim Nafees, immaturity, driving record, and inexperience was likely to involve unreasonable risk or serious physical harm to himself and others.

3. That as a direct and proximate result of the combined negligence of Defendant, Ibrahim Nafees, and the negligent entrustment of Defendant, Zara, LLC, the Plaintiff sustained, and will continue to sustain, the losses and injuries hereinabove stated.

**WHEREFORE,** the Plaintiff, Rode Estela De Jesus Hart, claims of the Defendant, Zara, LLC, damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00) plus interest and costs of suit herein.

Respectfully submitted,

/s/ Marvin Liss_____
Marvin Liss, Esq., #433592
5225 Wisconsin Avenue, N.W.
Suite 504
Washington, D.C. 20015
Phone (202) 237-6300
marvin@mlisslaw.com
*Co-Counsel for Plaintiff*

/s/ Robert Somer_____
Robert M. Somer, Esq., # 453929
8303 Arlington Blvd., Suite #102
Fairfax, Virginia 22031
Tel (703) 560-0700
Fax (703) 560-4047
Rob@hiltonsomerlaw.com
*Co-Counsel for Plaintiff*